**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Codrian De'Shawn Smalls, Appellant.

Appellate Case No. 2022-000709

———————

Appeal From Beaufort County
Robert J. Bonds, Circuit Court Judge

———————

Unpublished Opinion No. 2024-UP-396
Submitted November 20, 2024 – Filed November 27, 2024

———————

**APPEAL DISMISSED**

———————

Appellate Defender Lara Mary Caudy, of Columbia; and
Codrian De'Shawn Smalls, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Mark Reynolds
Farthing, both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS, GEATHERS, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.